UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CHRISTIAN LEWIS CASTILLO,<br>    Petitioner,<br>v.<br>HEDGEPETH (WARDEN),<br>    Respondent. | Case No. SACV 08-00390 PA (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Failure to Obtain Prior Authorization from the Ninth Circuit.

DATED: April 24, 2008

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE